**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BON WORTH, INC.,,

                Plaintiff,

     -v-                                            17 **CIVIL** 9712 (PAE) (BCM)

**<u>JUDGMENT</u>**

RUNWAY 7 FASHIONS, INC.,

                Defendant.
_____

RUNWAY 7 FASHIONS, INC.,

                Counterclaim
                Defendant,

     -v-

BON WORTH, INC.,

                Counterclaim
                 Plaintiff.

-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 10, 2023, the Court awards Runway $170,852.90 in damages, along with post-judgment interest, on its first counterclaim. The Court dismisses Runway's second counterclaim. The judgment is to run against Bon Worth, Inc., rather than BonWorth, Inc. According, the case is closed.

**Dated:**  New York, New York
          July 10, 2023

                                                                      **RUBY J. KRAJICK**

                                                                      **Clerk of Court**
                                      **BY:**

                                                                      **Deputy Clerk**